# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>RICKY ALLEN SHUMO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 6, 2019  in the county of  Washington  in the  District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | having been convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly receive and possess a firearm, that is, a Glock, .40 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

NICHOLAS TOMASULA, OFFICER
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/08/2019

_____
*Judge's signature*

City and state:  Washington, DC   DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*